# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, NY  10017
(212) 545-4002 Main
**Mary.Smith@jacksonlewis.com**

**PRIVILEGED & CONFIDENTIAL**

June 6, 2024

**VIA ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 12D
New York, NY 10007-1312

*The request is granted.  Fact discovery shall be completed by July 31, 2024, and expert discovery shall be completed by August 28, 2024. The parties shall file the joint status letter described in item 18 of the Case Management Plan by September 4, 2024. The Clerk of Court is respectfully directed to close Docket Number 29.*

SO ORDERED.
Date: June 10, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

**Re:   Joanna Gonzalez v. Nebraskaland, Inc., et al.**
       **Case No.: 1:22-cv-10413**

Dear Judge Cronan:

We represent Defendants in the above-referenced matter. We write with the consent of Plaintiff's counsel to respectfully request an extension of the deadlines to complete post-EBT demands, to allow for the parties to engage in private mediation. The Parties therefore request that the deadline for fact discovery be extended to July 31, 2024, and expert discovery to August 28, 2024.

Pursuant to Your Honor's Individual Rules, Section 3(B): (1) the current date for the Parties to complete fact discovery is presently June 3, 2024 and expert discovery by June 28, 2024, and the Parties respectfully request the deadline for fact discovery be extended to July 31, 2024 and expert discovery extended to August 28, 2024; (2) the reasons for the request are listed in the following paragraph; (3) there have been five prior requests for an extension of the discovery deadline made on May 18, 2023, September 27, 2023, November 30, 2023, January 29, 2023, and April 29, 2024 (4) the prior requests for an extension of the discovery deadline was granted; and (5) this is a joint request on behalf of the Parties.

The Parties make this extension request for two reasons. First, while the Parties have completed a substantial amount of discovery, there remain some limited outstanding post-EBT demands. The Parties have exchanged Initial Disclosures, Document Requests, Interrogatories and electronic documents. The Parties have also conducted the depositions of the Plaintiff, the named individual Defendants, and two additional non-party witnesses. The Parties have served post-EBT demands on each other and are in the process of responding to same.

JacksonLewis

Hon. John P. Cronan<br>
United States District Court<br>
Southern District of New York<br>
June 6, 2024<br>
Page 2

Therefore, the additional time would allow the Parties to complete post-EBT discovery. Plaintiff also would like to retain the option to select an expert and engage in expert discovery.

Second, the Parties respectfully request this extension to allow time to explore the possibility of resolution by private mediation. The Parties are currently working to find a mutually agreeable mediator. Further, once a mediator is selected, the Parties respectfully request a stay of the discovery deadline until the mediation is conducted, in the interest of conserving judicial resources. The Parties will advise the Court once a mediation date is set via a filed letter, and will renew and confirm our request for a stay of deadlines at that time.

Thus, to complete outstanding discovery and to explore possible resolution of the matter, the Parties jointly and respectfully request this final extension of time to complete fact and expert discovery, as well as all subsequent deadlines in this case. In accord with Your Honor's Individual Rules, a revised proposed Scheduling Order is attached.

Thank you for your courtesy and attention to this request.

Respectfully submitted,

*Mary A. Smith*

Mary A. Smith
(212) 545-4002
Mary.smith@jacksonlewis.com
Jackson Lewis P.C.


cc:     Laura E. Bellini, Esq., Plaintiff's Counsel (via ECF)